UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-93 RSM |
| Plaintiff, | ORDER ON DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE |
| v. | |
| JOSE FERNANDO ESCOTO-FIALLOS | |
| Defendant. | |

Defendant's Motion for Order to Show Cause (Dkt #133) is DENIED AS MOOT.

Dated this 21st day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1